# United States District Court
### WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| **MANDEEP RANGA** | CASE NUMBER: CR07- 327 RSM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **MANDEEP RANGA** _____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) **INDICTMENT** charging him or her with:

**Count 1:** Conspiracy to Import MDMA (Ecstasy)
21:952(a), 960(a)(1), 960(b)(3), & 963

**Count 2:** Importation of MDMA (Ecstasy)
21:962(a), 960(a)(1), 960(b)(3), & 18:2

**Count 3:** Conspiracy to Engage in Money Laundering
18:1956(a)(2)(A) & 1956(h)

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

| James Kelly | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _[Signature]_ | September 27, 2007 at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |
| [] Bail fixed at _____ by _____ | |

07-CR-00327-WRNT

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |