HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANDEEP RANGA,<br><br>Defendant. | CASE NO.  CR07-327RSM<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that C. James Frush and Cable, Langenbach, Kinerk & Bauer, LLP, without waiving any defenses, including defenses as to jurisdiction, extradition, or service of process, hereby enter their appearance in this matter on behalf of Defendant Mandeep Ranga. All future notices and pleadings, except original service of process, should be served upon them at the address below.

Dated: April 23, 2012.

s/C. James Frush
C. James Frush, WSBA 7092
Cable Langenbach Kinerk & Bauer LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104
206.292.8800 – Telephone
206.292.0494 – Facsimile
jfrush@cablelang.com
Attorneys for Defendant

NOTICE OF APPEARANCE - 1
[Case No. CR07-327RSM]

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2012, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF System which will send notification of such filing to those registered to receive electronic notices by email transmission at the email addresses provided.

Sarah Y. Vogel
Assistant United States Attorney
Email: Sarah.Vogel@usdoj.gov
Attorneys for Plaintiff

s/Katy Albritton
Katy Albritton, Legal Assistant
Cable Langenbach Kinerk & Bauer LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104
206.292.8800 – Phone
kalbritton@cablelang.com

NOTICE OF APPEARANCE - 2
[Case No. CR07-327RSM]

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800