```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      APR 24 2012

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
```

Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>MANDEEP RANGA,<br><br>                      Defendant. | NO. CR07-327RSM<br><br>MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

    ___   Crime of violence (18 U.S.C. § 3156)

    ___   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___   Crime with a maximum sentence of life imprisonment or death

    _X_   Drug offense with a maximum sentence of ten years or more

    ___   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

    ___   Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION HEARING/
No. CR07-327RSM - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|     |     |     |
| --- | --- | --- |
| 1   | __  | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 2   |     |     |
| 3   | __  | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 4   |     |     |
|     | _X_ | Serious risk the defendant will flee |
| 5   |     |     |
| 6   | __  | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

7   **2.   Reason for Detention.** The Court should detain defendant because there

8   are no conditions of release which will reasonably assure (check one or both):

9      _X_   Defendant's appearance as required

10     _X_   Safety of any other person and the community

11  **3.   Rebuttable Presumption.** The United States will invoke the rebuttable

12  presumption against defendant under § 3142(e). The presumption applies because:

13     __   Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on
14  pretrial release.

15     _X_   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

16

17     __   Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

18

19     __   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3),
20  2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21  **4.   Time for Detention Hearing.** The United States requests the Court

22  conduct the detention hearing:

23     X   At the initial appearance

24     __   After continuance of ____ days (not more than 3)

MOTION FOR DETENTION HEARING/
No. CR07-327RSM - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Case 2:07-cr-00327-RSM   Document 6   Filed 04/24/12   Page 3 of 3

**5.  Other matters.**

Defendant was just extradited from the United States pursuant to a request filed in 2008. He was detained in Canada prior to extradition, and should be detained here as well. He presents a flight risk based on his lack of ties to the United States and lack of legal status, and presents a danger to the community based on the nature of the alleged offense.

DATED this 24th day of April, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

s/ Sarah Y. Vogel
SARAH Y. VOGEL
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2074
Fax: 206-553-4440
E-mail: Sarah.Vogel@usdoj.gov
MOTION FOR DETENTION HEARING/
No. CR07-327RSM - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970