Chief Magistrate Judge Theiler

07-CR-00327-MAN

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

APR 3 0 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                                                        DEP'T

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MANDEEP RANGA,

  Defendant.

No. CR07-327RSM

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY, AND NOTICE OF SENTENCING**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the charge contained in Count 1 of the Indictment. After examining the Defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, ordered a Presentence Report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), I recommend that the Defendant be adjudged guilty and have sentence imposed.

DATED this 30 day of April, 2012.

MARY ALICE THEILER
CHIEF U.S. MAGISTRATE JUDGE

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/MANDEEP RANGA
No. CR07-327RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970