HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR07-327RSM |
|---|---|
| Plaintiff, | LETTERS IN SUPPORT OF DEFENDANT MANDEEP RANGA |
| vs. | |
| MANDEEP RANGA, | Sentencing Date:<br>Friday, July 13, 2012 @ 10:30 a.m. |
| Defendant. | |

We respectfully request that the attached letters from friends and family of Mandeep Ranga are considered in determining his sentence.

1. Surinder Ranga;

2. Sunil Sharma;

3. Sunny Ranga;

4. Kenny Nguyen;

5. Kamala Ranga;

6. Sandeep Singh;

7. Jai Paul Birdi;

LETTERS IN SUPPORT OF DEFENDANT
MANDEEP RANGA- 1
[CASE NO. CR07-327RSM]

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

8. Gurmit Singh Sathi;

9. Angela Bains;

Respectfully submitted this 11th day of July, 2012.

                s/C. James Frush
                C. James Frush, WSBA 7092
                Cable Langenbach Kinerk & Bauer LLP
                1000 Second Avenue, Suite 3500
                Seattle WA 98104
                206.292.8800 – Telephone
                206.292.0494 – Facsimile
                jfrush@cablelang.com
                Attorneys for Defendant

LETTERS IN SUPPORT OF DEFENDANT
MANDEEP RANGA- 2
[CASE NO. CR07-327RSM]

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 11, 2012, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF System which will send notification of such filing to those registered to receive electronic notices by email transmission at the email addresses provided.

Sarah Y. Vogel
Assistant United States Attorney
Email: Sarah.Vogel@usdoj.gov
Attorneys for Plaintiff

s/Katy Albritton
Katy Albritton, Legal Assistant
Cable Langenbach Kinerk & Bauer LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104
206.292.8800 – Phone
kalbritton@cablelang.com

LETTERS IN SUPPORT OF DEFENDANT
MANDEEP RANGA- 3
[CASE NO. CR07-327RSM]

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

July 9, 2012

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104


My name is Mr. Suringer Ranga, and I am Mandeep Ranga's father. I have raised my son for 30 years and have a strong intimate relationship with my son. My son is a very loyal and helpful person. for instance, he has been assisting me in my auto business since he was sixteen years old. Further, he has clearly articulate and demonstrated that he is an outgoing and an ambitious person as he has successfully maintained a construction business as a builder.

The impact of the lengthy process of investigation and prosecution have been stressful in numerous ways. First, the direct impact on his family unable to see or communicate with him. Second, the impact on his career has been also, very upsetting for many. He has successfully completed many projects however; due to this situation he is unable to succeed with his business, which he has a great amount of passion for.

Please feel free to contact me at 1-604-657-1778, if you have any questions or concerns.

Sincerely,


Mr. Surinder Ranga

July 9, 2012

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104

Hi my name is Sunil Sharma and I have known Mandeep Ranga for the past three years. It has been very shocking that Mandeep Ranga is in trouble with the law. I know Mandeep Ranga as I am a helper for him in his construction business. He has been very honest and loyal in his professional relations and conducts with me.

Please feel free to call me at 1-778-926-0369, if you have any questions or concerns.

Sincerely,


Sunil Sharma

July 8, 2012

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104


My name is Mr. Sunny Ranga, and I am Mandeep Ranga's younger brother. I know my brother to be a very dedicated person to his family, wife and his child, Alexia. Mandeep Ranga is a devoted son, brother, father and husband. He also, is a hard worker and very helpful. He is always willing to help those in need in any way possilbe.

Further, the lengthy process of investigation and prosecution have been a difficult, stressful and saddening situation for my family and I. It hurts us to know that such a devoted, loving and caring person is been convicted of conspiracy of trafficking drugs.

I can be contacted at 1-604-671-5320, if you have any further questions and concerns.


Sincerely,



Sunny Ranga

July 10, 2012

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104

My name is Mr. Kenny Nguyen and I am Mandeep Ranga's friend. I have known Mandeep Ranga for approximately ten years. Throughout the ten years, Mandeep and I have shared many good and bad times. One compelling thing about Mandeep Ranga is that when things get tough, he always remained positive and cheerful. In addition, he would always help me with school assignments, personal issues and many other things. Overall, Mandeep Ranga is a warm kind- hearted individual who is always there for his friends.

The process of investigation and prosecution have been shocking for me, as I know Mandeep Ranga to be a great friend, and kind hearted individual to his family and others. I hope that this letter assists in conveying this message. I wish Mandeep Ranga the best.

I can be contacted at 1-778-322-5735, if you have any further questions and concerns.

Sincerely,

Kenny Nquyen

July 9, 2012

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104

My name is Mrs. Kamala Ranga, and I am Mandeep Ranga's mother. I know my son to be a very dedicated and hardworking person. As the oldest son, he has been a great role model for siblings. As a mother with a heart condition, my son has always provided a caring, loving and positive attitude to uplift me in times of difficulty.

Further, the lengthy process of investigation and prosecution have been extremely devastating and heartbreaking for me.

Please feel free to contact me at 604-327-1034, if you have any questions or concerns.

Sincerely,


Kamala Ranga

July 9, 2012

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104

Hi my name is Sandeep Singh and I have known Mandeep Ranga for the past two years. It has been disturbing that Mandeep Ranga is in custody in the USA. During this short period, I have known that Mandeep Ranga is a nice person, who has welcomed me into Canada and has shown me a few tourist attractions in Vancouver, B.C. He has also, helped me settle down in Vancouver, B.C. I look up to him as an older brother as I have no family here.

Please feel free to call me at 1-778-709-2975, if you have any questions or concerns.

Sincerely,


Sandeep Singh

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500

Seattle WA 98104


My Lord,

I am submitting this letter in support of Mr. Mandeep Ranga of Vancouver Ranga.

I have known Mr. Ranga and his parents for over 25 years. When I heard the news of his persecution, it came to me as a total surprise. While I do not know the specifics of his arrest, I wanted to acknowledge that |during my interaction with him and his family, I found him to be very friendly, approachable, and caring. A few years ago, I was involved with organizing a community event. When we shared the cause, he came across as someone who was very understanding and caring of the community. He also showed his support by making a donation and offering to assist as a volunteer.

Mr. Ranga comes from a well respected family who is very supportive and involved with community organizations and I can imagine the impact this situation is having on them.

I hope you will give due consideration to Mr. Mandeep Ranga.


Submitted respectfully,



Jai Paul Birdi
14315 Gladstone Drive
Surrey, BC
Canada
V3R 5R8

## CHETNA ASSOCIATION OF CANADA
(S-0058844)

The Honorable Ricardo S. Martinez
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500

Seattle WA 98104

I am submitting this letter in support of Mr. Mandeep Ranga

I have known Mandeep Ranga and the Ranga family for over 10 years. When I heard about charges laid on Mandeep Ranga in the USA , it came to me as a total surprise.  I have known Mandeep  to be a very friendly and caring person . I am the General Sectary of CHETNA ASSOCIATION OF CANADA (S-0058844) , Mandeep had been volunteering with us for over 7 years in the community and the organization.

If any questions, please contact me 604-613-6485

sincerely,

Gurmit Singh Sathi
Unit 41-8555 King George BLVD
Surrey BC V3W5C3

**The Honorable Ricardo S. Martinez**
**c/o C. James Frush**
**Cable Langenbach Kinerk & Bauer, LLP**
**1000 Second Avenue, Suite 3500**
**Seattle WA 98104**


Dear Honorable Ricardo S. Martinez

Please let me introduce myself and what kind of a special relationship I share with Mandeep Kumar Ranga.

My name is Angela Bains. I am his sister. We are siblings of three. I have 2 brothers. One is Sunny Ranga and the other one is Mandeep Ranga whom I am writing this support letter for.

I am an educated 23 year old young lady who is born and raised in Vancouver BC. I have known and lived with Mandeep Kumar Ranga for 23 years until I got married on October 17 2009. I now have a baby girl who is only 15 months. I have completed 2 year Diploma in Social Work and 1 year certificate in Career Practitioner Development program from Douglas College, New Westminster BC.

I am currently enrolled in Undergraduate studies at Douglas College working towards BA in Social Work. I have years of experience in child care setting with the YMCA and I am now working as a full time settlement worker in a non profiting setting with the organization called "Progressive Intercultural Community Service Society." My role is to help immigrants and citizens to access community resources and advocate for their rights. I facilitate workshop on monthly basis to provide information and knowledge regarding various topics which my clients are faced with in everyday life in Canada.

I help clients with employment issues. Most of my clients are seniors or families. I have extensive experience, education and knowledge in the counseling and social service area.

As you can see that I have a very busy life being a mother, working in the community, going to college and fulfilling my role as a wife and a daughter in law, I cannot commit so much time for my aging parents whom my brother Mandeep Ranga would provide by living with them and bring in income through his self employment.

I have always looked at Mandeep as my role model and as a caring brother and caring son. He always helped my parents with their daily tasks. As my parents lack English skills and have considerable health conditions they need lots of nurture and care from their children. My mother is a heart patient. She had previous surgeries and a pacemaker. She is diabetic as well as she is on a blood thinner. My dad also is diabetic and has blood pressure. Mandeep would assist my

mom with her medical appointments and with her daily tasks as well as monitor her as he was self employed it would be easier for him to take care of her.

She needs more care and nurture. She is very close to my elder brother Mandeep and wants to spend time with him.

I do not live with my parents as in our South Asian culture once you get married the girl is expected to live with her husband with his family. Therefore I no longer can take proper care of my parents as my brother would. My twin brother Sunny Ranga can't fully take care of his parents because he has health issues as well as works full time. He is still in process of making his career. My brother Mandeep took on the role to support his family and help earn in the family. He has a very special role in the family.

He has always given his 100 percent in caring for his family and for the community. The whole family would go to religious ceremonies and congregations, family functions and gathering and so forth.

I have seen many changes in my brother. I have seen him being very responsible, caring loving and hardworking. Now I wish to see him give back to the community. I wish for him to show more love and affection for the family and friends. I wish for him to be a good son and a good brother by taking his responsibilities. He has already missed his opportunity by staying away from us. I want him back so that he can become responsible and take care of his aging parents. But this won't be possible without your consideration.

It is my humble request to please give Mandeep Ranga a chance to grow and give back to the community.

I ask for you to please take my emotions and thoughts into consideration when making your final decision.

**Thank you**

**Sincerely,**

**Angela Bains**